IN THE CIRCUIT COURT OF JACKSON COUNTY
STATE OF MISSOURI
INDEPENDENCE

| | | |
|---|---|---|
| TANISHA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2416-CV36138 |
| v. | ) | |
| | ) | |
| ROSEWOOD OPERATOR, LLC, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CHARLES WOOLSONCROFT, an | ) | |
| Individual | ) | |
| | ) | |
| Defendants. | ) | |

## **<u>NOTICE TO CLERK OF REMOVAL</u>**

**TO:     Clerk of the Court**
**16th Circuit Court of Jackson County Missouri**
**415 E 12th Street**
**Kansas City, Mo 64106**

**PLEASE TAKE NOTICE** that Defendants Rosewood Operator, LLC and Charles Woolsoncroft have this date filed a Notice of Removal in this case in the United States District Court for the Western District of Missouri.  In accordance with 28 U.S.C. §§ 1332, 1441 and 1446, the Notice of Removal has caused this matter to be removed from this Honorable Court to the United States District Court for the Western District of Missouri.  This Notice includes copies of the Notice of Removal and Notice to Plaintiff of Removal as attachments.

Respectfully submitted,

*/s/Carrie L. Kinsella*
Carrie L. Kinsella, #65469
JACKSON LEWIS P.C.
1 N. Brentwood Blvd., Suite 1150
St. Louis, MO  63105
Telephone:  (314) 827-3939
Facsimile:   (314) 827-3940
carrie.kinsella@jacksonlewis.com

and

Lauren H. Beck, #72724
JACKSON LEWIS P.C.
7101 College Blvd., Suite 1200
Overland Park, KS  66210
Telephone:  (913) 981-1018
Facsimile:   (913) 981-1019
lauren.beck@jacksonlewis.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2025, a true and correct copy of the foregoing document was filed with the Court using the Court's electronic filing system and a true and correct copy of the foregoing was served via electronic mail upon the following:

Ryan M. Paulus
Katherine L. Cooper
Cornerstone Law Firm
5821 NW 72nd Street
Kansas City, MO  64151
r.paulus@cornerstonefirm.com
k.cooper@cornerstonefirm.com

*Attorneys for Plaintiff*

*/s/Carrie L. Kinsella*

4899-4828-5196, v. 1

2